UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ANTHONY BAILEY, | Case No. 2:16-CV-2515 JCM (GWF) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| STATE OF NEVADA, et al., | |
| Defendant(s). | |

Presently before the court is Magistrate Judge Foley's report and recommendation. (ECF No. 5). Plaintiff Anthony Bailey filed an objection. (ECF No. 10). No responses have been filed, and the deadline for filing objections has since passed.

This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a de novo determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1).

Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made).

**James C. Mahan**
**U.S. District Judge**

Magistrate Judge Foley recommends that the court dismiss plaintiff's causes of action against the state of Nevada, the justices of the Nevada Supreme Court, Judge Valerie Adair, Steven Wolfson, Adam Paul Laxalt, Thomas Groves, Laura Rehfeldt, Bethany Sanchez, and Nancy Katafia, in her official capacity, for failure to state a claim upon which relief can be granted. (ECF No. 5).

Plaintiff's objection does not adequately raise and address objectionable issues with Magistrate Judge Foley's R&R. Nevertheless, this court finds it appropriate to engage in a *de novo* review to determine whether to adopt the recommendation of the magistrate judge. Upon reviewing the recommendation and underlying briefs, the court finds that good cause appears to adopt the magistrate judge's findings.

Magistrate Judge Foley granted plaintiff leave to file an amended complaint against defendants Welch and Katafia. (ECF No. 5). On November 17, 2017, plaintiff filed an amended complaint. (ECF No. 11). The amended complaint references defendants other than defendants Welch, and does not reference defendant Katafia. The court will dismiss plaintiff's amended complaint as to all defendants except Welch.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Magistrate Judge Foley's report and recommendation (ECF No. 5) be, and the same hereby is, ADOPTED in its entirety.

IT IS FURTHER ORDERED that plaintiff's causes of action against the state of Nevada, the justices of the Nevada Supreme Court, Judge Valerie Adair, Steven Wolfson, Adam Paul Laxalt, Thomas Groves, Laura Rehfeldt, Bethany Sanchez, and Nancy Katafia, in her official capacity, be, and the same hereby are, DISMISSED with prejudice.

DATED April 12, 2018.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**